Ashley B. Abel (Admitted Pro Hac Vice)
Robert M. Wood (Admitted Pro Hac Vice)
**JACKSON LEWIS LLP**
One Liberty Square
55 Beattie Place, Suite 800
Greenville, South Carolina 29601
Telephone: 864-232-7000
Facsimile: 864-835-1381
Email: abela@jacksonlewis.com
         woodr@jacksonlewis.com

And

Jennifer L. Santa Maria (SBN: 225875)
**JACKSON LEWIS LLP**
225 Broadway, Suite 200
San Diego, CA 92101
Telephone: 619-573-4900
Facsimile: 619-573-4901
E-mail: santamariaj@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS LIBERTY MUTUAL RETIREMENT BENEFIT PLAN, LIBERTY MUTUAL RETIREMENT PLAN RETIREMENT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEOFFREY MOYLE, an individual, PAULINE ARWOOD, an individual, THOMAS ROLLASON, an individual, and, JEANNIE SANDERS, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 500, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL RETIREMENT BENEFIT PLAN; LIBERTY MUTUAL RETIREMENT PLAN RETIREMENT BOARD; LIBERTY MUTUAL GROUP INC., a Massachusetts company; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts company; and, DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:10-cv-02179-DMS-BLM<br><br>**DECLARATION OF JENNIFER L. SANTA MARIA IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS STRATMAN AND STUMPFF AND EXCLUDE REBUTTAL REPORT, AMENDED REBUTTAL REPORT, AND ANTICIPATED TESTIMONY OF PLAINTIFFS' EXPERT PAUL M. SECUNDA** |

**DECLARATION OF JENNIFER L. SANTA MARIA IN SUPPORT OF MOTION TO EXCLUDE PLAINTIFFS' EXPERTS AND EXCLUDE REPORTS AND TESTIMONY**

Case No: 10-CV-2179- GPC-MDD

I, Jennifer L. Santa Maria, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and I am admitted to practice before the United States District Court in the Southern District of California. I am an associate with the law firm of Jackson Lewis LLP, counsel to Defendants in this action. I am familiar with the discovery that has occurred in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Rebuttal Expert Designation and Supporting Affidavit of Plaintiffs' Counsel

3. The relevant portions of the deposition of Andrew W. Stumpff are attached hereto as Exhibit B.

4. Attached hereto as Exhibit C is a true and correct copy of the Expert Report dated October 5, 2012 of Paul Secunda, which includes as Exhibit A therein a copy of Secunda's CV.

5. Attached hereto as Exhibit D is a true and correct copy of Mr. Secunda's Rebuttal Report dated October 29, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of Mr. Secunda's Amended Rebuttal Report dated October 30, 2012.

7. The relevant portions of the deposition of Paul Secunda are attached hereto as Exhibit F.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of California and the United State of America.

Dated: This 3rd day of January 2013

*/s/ Jennifer L. Santa Maria*
Jennifer L. Santa Maria

4830-8194-3058, v. 1

**DECLARATION OF JENNIFER L. SANTA MARIA IN SUPPORT OF MOTION TO EXCLUDE PLAINTIFFS' EXPERTS AND EXCLUDE REPORTS AND TESTIMONY**

Case No: 10-CV-2179- GPC-MDD