

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Geoffrey Moyle; Pauline Arwood; Thomas Rollason; Jeannie Sanders<br><br>v.<br><br>Liberty Mutual Retirement Benefit Plan; Liberty Mutual Retirement Plan Retirement Plan Retirement Board; Liberty Mutual Insurance Group; Liberty Mutual Group Inc.; Liberty Mutual Insurance Company; Liberty Mutual Insurance Group Inc. | **Civil Action No.** 10-cv-2179-GPC-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendants' motion for summary judgment on all causes of action in the third amended complaint, and Denies Plaintiffs' motion for summary judgment as to the second and fourth causes of action.

**Date:** 7/2/13

**CLERK OF COURT**
**W. SAMUEL HAMRICK, JR.**
By:  s/ S. Melvin

S. Melvin, Deputy