# **EXHIBIT 1**

TO THE SUPPLEMENTAL DECLARATION OF

ASHLEY B. ABEL AMENDED BILL OF COSTS

Index Engines  
960 Holmdel Road  
Building I  
Holmdel, NJ 07733  

(732)817-1060  
jdevine@indexengines.com  

# Index Engines



Power Over Information

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2011 | 1544 |
| Terms | Due Date |
| Net 30 | 01/30/2012 |

**Bill To**

Liberty Mutual Holding  
175 Berkeley St  
Boston, MA 02116-5066  

mayle

| Amount Due | Enclosed |
|---|---|
| $47,142.00 | |

Please detach top portion and return with your payment.

| | P.O. Number | Sales Rep |
|---|---|---|
| | per signed quote | EG |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Week Self Service Culling | 3 | 1,500.00 | 4,500.00 |
| • Weekly tape storage fee - 138 tapes @$1.50 per tape per week - 6 weeks | 828 | 1.50 | 1,242.00 |
| • Tape Load | 138 | 50.00 | 6,900.00 |
| • Tape with Named Custodians Extracted | 138 | 250.00 | 34,500.00 |

| | Total | $47,142.00 |
|---|---|---|

2/21/12  
okay to pay  
rd   r 0001 05748

Index Engines  
960 Holmdel Road  
Building I  
Holmdel, NJ 07733

(732)817-1060  
jdevine@indexengines.com

**Index Engines**



Power Over Information

# Invoice

| Date | Invoice # |
|---|---|
| 09/25/2012 | 1685 |

| Terms | Due Date |
|---|---|
| Net 30 | 10/25/2012 |

**Bill To**

Liberty Mutual Holding  
175 Berkeley St  
Boston, MA 02116-5066

| Amount Due | Enclosed |
|---|---|
| $12,500.00 | |

Please detach top portion and return with your payment.

| P.O. Number |
|---|
| Per Signed Quote |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Week Self Service Culling 8/20/2012 - 9/24/2012 | 5 | 1,500.00 | 7,500.00 |
| • Index Restoration | 1 | 5,000.00 | 5,000.00 |
| | | Total | $12,500.00 |

Okay to pay  
0001105748  
nh

# Index Engines

Index Engines  
960 Holmdel Road  
Building I  
Holmdel, NJ 07733

(732)817-1060  
jdevine@indexengines.com

**Power Over Information**

## Invoice

| Date | Invoice # |
|---|---|
| 11/30/2012 | 1723 |

| Terms | Due Date |
|---|---|
| Net 30 | 12/30/2012 |

**Bill To**  
Liberty Mutual Holding  
175 Berkeley St  
Boston, MA 02116-5066

| Amount Due | Enclosed |
|---|---|
| $15,000.00 | |

Please detach top portion and return with your payment.

| P.O. Number |
|---|
| Per Signed Quote |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Week Self Service Culling 9/25/2012 - 11/30/2012 | 10 | 1,500.00 | 15,000.00 |
| | | Total | $15,000.00 |



1/3/13  
Okay to pay  
nlh  
004/05748

Index Engines  
960 Holmdel Road  
Building I  
Holmdel, NJ 07733  

(732)817-1060  
jdevine@indexengines.com  

**Index Engines**



Power Over Information

# Invoice

| Date | Invoice # |
|---|---|
| 01/03/2013 | 1743 |

| Terms | Due Date |
|---|---|
| Net 30 | 02/02/2013 |

**Bill To**

Liberty Mutual Holding  
175 Berkeley St  
Boston, MA 02116-5066  

| Amount Due | Enclosed |
|---|---|
| $8,535.00 | |

Please detach top portion and return with your payment.

| | P.O. Number |
|---|---|
| | Per Signed Quote |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Week Self Service Culling 12/1/2012 - 1/4/2013 | 5 | 1,500.00 | 7,500.00 |
| • Media Storage 138 tapes for 5 weeks | 690 | 1.50 | 1,035.00 |

| | Total | $8,535.00 |
|---|---|---|



1/4/13  
okay to pay  
Nancy R Kesten  
0001/05748

# Index Engines

**INDEX ENGINES**
Power Over Information

Index Engines
960 Holmdel Road
Building I
Holmdel, NJ 07733

(732)817-1060
jdevine@indexengines.com

# Invoice

| Date | Invoice # |
|---|---|
| 04/09/2013 | 1800 |
| **Terms** | **Due Date** |
| Net 30 | 05/09/2013 |

**Bill To**

Liberty Mutual Holding
175 Berkeley St
Boston, MA 02116-5066

| Amount Due | Enclosed |
|---|---|
| $23,898.00 | |

*Handwritten: 4/18/13 Okay to pay — 0001/05748*

Please detach top portion and return with your payment.

| | P.O. Number |
|---|---|
| | per signed agreement |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Week Self Service Culling - Through Apr 12, 2013 | 14 | 1,500.00 | 21,000.00 |
| • Weekly tape storage fee 138 tapes for 14 wks | 1932 | 1.50 | 2,898.00 |
| | | **Total** | **$23,898.00** |

Index Engines
960 Holmdel Road
Building I
Holmdel, NJ 07733

(732)817-1060
jdevine@indexengines.com

**Index Engines**



# Invoice

| Date | Invoice # |
|---|---|
| 05/20/2013 | 1817 |
| **Terms** | **Due Date** |
| Net 30 | 06/19/2013 |

**Bill To**

Liberty Mutual Holding
175 Berkeley St
Boston, MA  02116-5066

| Amount Due | Enclosed |
|---|---|
| $10,242.00 | |

*Please detach top portion and return with your payment.*

| | P.O. Number |
|---|---|
| | per signed agreement |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Week Self Service Culling - Through May 24, 2013 | 6 | 1,500.00 | 9,000.00 |
| • Weekly tape storage fee 138 tapes for 6 wks | 828 | 1.50 | 1,242.00 |

| | Total | $10,242.00 |
|---|---|---|