# EXHIBIT 1

## TO DECLARATION OF ASHLEY B. ABEL

## IN SUPPORT OF SECOND AMENDED BILL OF COSTS

| | | | |
|---|---|---|---|
| **Index Engines** | | | **Invoice** |
| 960 Holmdel Road | | | |
| Building I | | | |
| Holmdel, NJ 07733 | | | |



| Date | Invoice # |
|---|---|
| 07/26/2013 | 1848 |
| **Terms** | **Due Date** |
| Net 30 | 08/25/2013 |

(732)817-1060
jdevine@indexengines.com

**Bill To**

Liberty Mutual Holding
175 Berkeley St
Boston, MA 02116-5066

| Amount Due | Enclosed |
|---|---|
| $14,313.54 | |

*Please detach top portion and return with your payment.*

| Ship Date | Ship Via | P.O. Number |
|---|---|---|
| 07/26/2013 | UPS | per signed acceptance |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Week Self Service Culling - May 25 - July 19 | 8 | 1,500.00 | 12,000.00 |
| • Weekly tape storage fee 138 tapes for 8 weeks | 1104 | 1.50 | 1,656.00 |
| • Index Archive | 1 | 500.00 | 500.00 |
| • Data Tape - Archive | 1 | 100.00 | 100.00 |

| | |
|---|---|
| **SubTotal** | $14,256.00 |
| **Shipping** | $57.54 |
| **Total** | $14,313.54 |