# EXHIBIT 2

TO DECLARATION OF ASHLEY B. ABEL

IN SUPPORT OF SECOND AMENDED BILL OF COSTS



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 13755 | 10/15/2012 | 8314 |
| Job Date | Case No. | |
| 9/28/2012 | 10 CV 2179 DMS MDD | |
| Case Name | | |
| Moyle v. Liberty Mutual Retirement Benefit Plan | | |
| Payment Terms | | |
| Net 15 | | |

**TLS | THORSNES** litigation services
2550 Fifth Avenue, Ninth Floor
San Diego, California 92103
P: 619.233.2030
F: 619.330.1956
www.thorsnes.com

Jennifer L. Santa Maria. Esq.
JACKSON LEWIS LLP
225 Broadway, Suite 200
San Diego, CA 92101

1 CERTIFIED COPY OF TRANSCRIPT OF:
George Kaerth                                                                                     793.65

**TOTAL DUE >>>**                                  **$793.65**

AFTER 11/14/2012  PAY                              $873.02

(-) Payments/Credits:                              873.02
(+) Finance Charges/Debits:                          0.00
(=) New Balance:                                     0.00

Thank you for your business.

Tax ID: 56-2602533

*Please detach bottom portion and return with payment.*

Jennifer L. Santa Maria. Esq.
JACKSON LEWIS LLP
225 Broadway, Suite 200
San Diego, CA 92101

Job No.     : 8314           BU ID       : TLS
Case No.    : 10 CV 2179 DMS MDD
Case Name   : Moyle v. Liberty Mutual Retirement Benefit Plan

Invoice No. : 13755          Invoice Date : 10/15/2012
**Total Due** : **$0.00**

Remit To:   Thorsnes Litigation Services
            2550 Fifth Avenue, Ninth Floor
            San Diego, CA  92103

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____