**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex M. Tomasevic (SBN 245598)
David G. Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: dgreco@nicholaslaw.org

**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Georg M. Capielo (SBN 245491)
Sarah Ball (SBN 292337)
1901 First Avenue, Suite 400
San Diego, CA 92101
Tel: (619) 234-9000
Email: jackbwinters@earthlink.net
Email: gcapielo@einsurelaw.com
Email: sball@einsurelaw.com

Attorneys for Plaintiffs Geoffrey Moyle,
Pauline Arwood, Thomas Rollason, and
Jeannie Sanders

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY MOYLE, an individual, PAULINE ARWOOD, an individual, THOMAS ROLLASON, an individual, and JEANNIE SANDERS, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 500, inclusive,<br><br>       Plaintiffs,<br><br> v.<br><br>LIBERTY MUTUAL RETIREMENT BENEFIT PLAN; LIBERTY MUTUAL RETIREMENT PLAN RETIREMENT BOARD; LIBERTY MUTUAL GROUP INC., a Massachusetts company; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts company; and, DOES 1 through 50, inclusive,<br><br>       Defendants. | CASE NO.: 10-cv-02179-GPC-MDD<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date**: November 17, 2017<br>**Time**: 1:30 p.m.<br>**Courtroom**: 2D, Suite 2190<br>     221 W Broadway<br>     San Diego, CA 92101<br><br>**Judge**: Hon. Gonzalo P. Curiel<br>**Magistrate**: Hon. Mitchell D. Dembin |

1  **TO THE COURT, DEFENDANT, AND ITS ATTORNEY OF RECORD:**

2    **PLEASE TAKE NOTICE** that Plaintiffs Geoffrey Moyle, Pauline Arwood,

3  Thomas Rollason, and Jeannie Sanders ("Plaintiffs") hereby move this Court for

4  Preliminary Approval of the Class Action Settlement in this case.

5    This Motion is based upon the accompanying memorandum of points and

6  authorities, the Declaration of Craig M. Nicholas, and the pleadings, papers, and

7  records on file in this action, and such other information as the Court may find it

8  appropriate to consider.

9    A proposed Order is submitted herewith.

10

11  Respectfully submitted:

12  Dated:  October 25, 2017    **NICHOLAS & TOMASEVIC, LLP**

13           By: */s/ Craig M. Nicholas*
           Craig M. Nicholas (SBN 178444)

14             Alex M. Tomasevic (SBN 245598)
           David G. Greco (SBN 299635)

15             **NICHOLAS & TOMASEVIC, LLP**
           225 Broadway, 19th Floor

16             San Diego, CA 92101
           Telephone: (619) 325-0492

17             Facsimile: (619) 325-0496
           Email:  cnicholas@nicholaslaw.org

18             Email:  atomasevic@nicholaslaw.org
           Email:  dgreco@nicholaslaw.org

19

20             Jack B. Winters, Jr. (SBN 82998)
           Georg M. Capielo (SBN 245491)

21             Sarah Ball (SBN 292337)
           **WINTERS & ASSOCIATES**

22             1901 First Avenue, Suite 400
           San Diego, CA 92101

23             Tel: (619) 234-9000
           Email: jackbwinters@earthlink.net

24             Email: gcapielo@einsurelaw.com
           Email: sball@einsurelaw.com

25             Attorneys for Plaintiffs

26

27

28

          1       10-cv-02179-GPC-MDD