# EXHIBIT C

| 12/14/2017 | NICHOLAS & TOMASEVIC, LLP | | |
|---|---|---|---|
| 10:04 AM | Slip Listing | Page | 1 |

---

## Selection Criteria

---

| Clie.Selection | Include: Moyle v Liberty |
|---|---|
| Slip.Transaction Type | Expense |
| Slip.Classification | Open |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 97101          EXP<br>12/28/2012<br>WIP<br>Deposition Costs for Harold MacWilliams (1/4) | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 555.53 | 555.53 |
| 97102          EXP<br>12/28/2012<br>WIP<br>Deposition Costs for A. Cirignano (1/4). | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 611.03 | 611.03 |
| 97103          EXP<br>12/28/2012<br>WIP<br>Deposition Costs for M. Connolly (1/4) | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 436.25 | 436.25 |
| 97104          EXP<br>12/28/2012<br>WIP<br>Deposition Costs for M. Hartl (1/4). | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 859.12 | 859.12 |
| 97105          EXP<br>12/28/2012<br>WIP<br>Deposition Costs for M. Garrity (1/4). | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 365.45 | 365.45 |
| 97106          EXP<br>12/28/2012<br>WIP<br>Deposition Costs for K. Kelley (1/4). | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 404.23 | 404.23 |
| 97107          EXP<br>12/28/2012<br>WIP<br>Deposition Costs for M. Connolly (1/4). | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 687.45 | 687.45 |
| 97108          EXP<br>12/28/2012<br>WIP<br>Deposition Costs for B. Chambers (1/4). | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 671.47 | 671.47 |

12/14/2017                                   NICHOLAS & TOMASEVIC, LLP
10:04 AM                                            Slip Listing                                    Page      2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 97109<br>12/28/2012<br>WIP<br>Deposition Costs for cancelation of deposition of J.<br>Lehman (1/4). | EXP | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 125.00 | 125.00 |
| 97110<br>12/28/2012<br>WIP<br>Deposition Costs for Prepare. Tonsky (1/4). | EXP | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 684.26 | 684.26 |
| 97111<br>12/28/2012<br>WIP<br>Deposition Costs for M. Hartli Vol II (1/4) | EXP | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 723.49 | 723.49 |
| 98199<br>2/1/2013<br>WIP<br>Deposition Costs for Andrew Stumpff and Paul<br>Secunda | EXP | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 958.29 | 958.29 |
| 103958<br>5/22/2013<br>WIP<br>Deposition Costs for TASA Group. | EXP | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 3107.50 | 3107.50 |
| 106629<br>7/25/2013<br>WIP<br>Deposition Costs for G. Hunt and J. Leamon. | EXP | Lacy Wells<br>Depo. Cost<br>Moyle v Liberty | 1 | 3974.21 | 3974.21 |
| 79304<br>10/7/2011<br>WIP<br>Copying costs for class certification exhibits. | EXP | Lacy Wells<br>Document Cost<br>Moyle v Liberty | 1 | 136.03 | 136.03 |
| 85053<br>3/15/2012<br>WIP<br>Cost of documents for deposition in Boston. | EXP | Lacy Wells<br>Document Cost<br>Moyle v Liberty | 1 | 365.92 | 365.92 |
| 94347<br>10/19/2012<br>WIP<br>Cost of documents from Golden Eagle Insurance<br>Corp Business Records. | EXP | Lacy Wells<br>Document Cost<br>Moyle v Liberty | 1 | 25.00 | 25.00 |

| 12/14/2017 | NICHOLAS & TOMASEVIC, LLP | | |
|---|---|---|---|
| 10:04 AM | Slip Listing | | Page    3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 98212<br>1/1/2013<br>WIP<br>Cost of documents from PACER 4th quarter. | EXP | Lacy Wells<br>Document Cost<br>Moyle v Liberty | 1 | 101.20 | 101.20 |
| 100969<br>3/31/2013<br>WIP<br>Cost of documents from PACER | EXP | Lacy Wells<br>Document Cost<br>Moyle v Liberty | 1 | 188.10 | 188.10 |
| 106665<br>7/30/2013<br>WIP<br>Cost of documents from PACER. | EXP | Lacy Wells<br>Document Cost<br>Moyle v Liberty | 1 | 67.10 | 67.10 |
| 114894<br>1/28/2014<br>WIP<br>Cost of documents from PACER. | EXP | Lacy Wells<br>Document Cost<br>Moyle v Liberty | 1 | 62.10 | 62.10 |
| 116412<br>3/10/2014<br>WIP<br>Cost of documents from Copyscan for appeal. | EXP | Lacy Wells<br>Document Cost<br>Moyle v Liberty | 1 | 1302.78 | 1302.78 |
| 118742<br>5/1/2014<br>WIP<br>Cost of documents from Pacer. | EXP | Lacy Wells<br>Document Cost<br>Moyle v Liberty | 1 | 8.40 | 8.40 |
| 128935<br>10/22/2014<br>WIP<br>Cost of documents from Pacer | EXP | Lacy Wells<br>Document Cost<br>Moyle v Liberty | 1 | 12.10 | 12.10 |
| 155809<br>7/24/2016<br>WIP<br>Cost of documents from PACER. | EXP | Paralegal 3 - HV<br>Document Cost<br>Moyle v Liberty | 1 | 0.50 | 0.50 |
| 160638<br>10/5/2016<br>WIP<br>Documents from PACER | EXP | Craig Nicholas<br>Document Cost<br>Moyle v Liberty | 1 | 10.20 | 10.20 |
| 166137<br>1/10/2017<br>WIP<br>Cost of documents from Superior Court minute order. | EXP | Craig Nicholas<br>Document Cost<br>Moyle v Liberty | 1 | 7.50 | 7.50 |

12/14/2017                                    NICHOLAS & TOMASEVIC, LLP
10:04 AM                                            Slip Listing                                    Page       4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 172197<br>4/1/2017<br>WIP<br>Cost of documents from PACERS. | EXP | Craig Nicholas<br>Document Cost<br>Moyle v Liberty | 1 | 3.10 | 3.10 |
| 177952<br>7/31/2017<br>WIP<br>Cost of documents from PACER | EXP | Craig Nicholas<br>Document Cost<br>Moyle v Liberty | 1 | 125.40 | 125.40 |
| 183555<br>10/1/2017<br>WIP<br>Cost of documents from PACER | EXP | Craig Nicholas<br>Document Cost<br>Moyle v Liberty | 1 | 64.40 | 64.40 |
| 82607<br>1/24/2012<br>WIP<br>Expert Retainer. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 2500.00 | 2500.00 |
| 85065<br>3/1/2012<br>WIP<br>Expert Fees. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 2231.88 | 2231.88 |
| 87844<br>5/1/2012<br>WIP<br>Expert Fees. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 1181.25 | 1181.25 |
| 89138<br>6/14/2012<br>WIP<br>Expert Fees. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 1047.08 | 1047.08 |
| 89141<br>6/30/2012<br>WIP<br>Expert Fees. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 267.19 | 267.19 |
| 91644<br>7/1/2012<br>WIP<br>Expert Fees. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 640.63 | 640.63 |
| 93056<br>9/11/2012<br>WIP<br>Expert Fee. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 10400.00 | 10400.00 |

NICHOLAS & TOMASEVIC, LLP
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 93083<br>9/11/2012<br>WIP<br>Expert Fees for Paul Secunda | EXP | Lacy Wells<br>Expert Fees<br>Moyle v Liberty | 1 | 10400.00 | 10400.00 |
| 94334<br>10/5/2012<br>WIP<br>Expert Fees | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 2575.00 | 2575.00 |
| 94460<br>10/24/2012<br>WIP<br>Expert fees for Andrew Stumpff. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 1157.78 | 1157.78 |
| 95853<br>11/8/2012<br>WIP<br>Expert fees. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 8200.00 | 8200.00 |
| 97074<br>12/28/2012<br>WIP<br>Poulin Assoc. Expert Fees 1 of 2. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 11561.43 | 11561.43 |
| 97075<br>12/28/2012<br>WIP<br>Stevenson Keppelman Expert Fees 1 of 2. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 932.72 | 932.72 |
| 97099<br>12/28/2012<br>WIP<br>Huron Expert Fees | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 760.00 | 760.00 |
| 97100<br>12/28/2012<br>WIP<br>Paul Secunda Expert Deposition fees | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 5622.56 | 5622.56 |
| 97211<br>1/8/2013<br>WIP<br>Stevenson Keppelman | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 932.73 | 932.73 |
| 97212<br>1/8/2013<br>WIP<br>Poulin Associates Fees. | EXP | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 11561.42 | 11561.42 |

12/14/2017                          NICHOLAS & TOMASEVIC, LLP
10:04 AM                                   Slip Listing                                    Page      6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 97213               EXP<br>1/8/2013<br>WIP<br>Huron Consulting Fees. | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 1410.00 | 1410.00 |
| 98242               EXP<br>1/31/2013<br>WIP<br>Secunda Expert Fees for January. | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 775.00 | 775.00 |
| 98197               EXP<br>2/1/2013<br>WIP<br>Expert fees of Stevenson Keppleman. | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 3904.20 | 3904.20 |
| 98200               EXP<br>2/1/2013<br>WIP<br>Expert Fees of Huron Legal. | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 640.62 | 640.62 |
| 100883              EXP<br>4/1/2013<br>WIP<br>Expert fees for Poulin & Associates | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 23726.70 | 23726.70 |
| 103959              EXP<br>5/22/2013<br>WIP<br>Expert witness fee for Douglas German. | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 3132.00 | 3132.00 |
| 142171              EXP<br>9/23/2015<br>WIP<br>Expert fee for oral argument assistance | Lacy Wells<br>Expert fees<br>Moyle v Liberty | 1 | 1775.00 | 1775.00 |
| 179589              EXP<br>8/14/2017<br>WIP<br>Invoice from Poulin Associates, Inc. | Craig Nicholas<br>Expert fees<br>Moyle v Liberty | 1 | 2500.00 | 2500.00 |
| 181960              EXP<br>9/29/2017<br>WIP<br>Invoice from Poulin Associates, Inc. | Craig Nicholas<br>Expert fees<br>Moyle v Liberty | 1 | 3744.40 | 3744.40 |
| 185489              EXP<br>11/7/2017<br>WIP<br>Invoice from Poulin Associates, Inc. | Craig Nicholas<br>Expert fees<br>Moyle v Liberty | 1 | 1094.39 | 1094.39 |

NICHOLAS & TOMASEVIC, LLP
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- | --- |
| 76947<br>8/3/2011<br>WIP<br>FedEx. | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 16.04 | 16.04 |
| 90405<br>9/2/2011<br>WIP<br>FedEx. | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 72.70 | 72.70 |
| 90406<br>9/2/2011<br>WIP<br>FedEx. | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 22.71 | 22.71 |
| 90408<br>9/6/2011<br>WIP<br>FedEx. | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 50.21 | 50.21 |
| 90409<br>9/23/2011<br>WIP<br>FedEx. | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 14.01 | 14.01 |
| 78162<br>10/3/2011<br>WIP<br>FedEx. | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 15.97 | 15.97 |
| 78163<br>10/3/2011<br>WIP<br>FedEx. | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 28.13 | 28.13 |
| 80710<br>11/17/2011<br>WIP<br>FedEx. | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 6.21 | 6.21 |
| 91670<br>8/23/2012<br>WIP<br>FedEx. | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 139.88 | 139.88 |
| 93176<br>9/17/2012<br>WIP<br>FedEx | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 17.24 | 17.24 |

12/14/2017                        NICHOLAS & TOMASEVIC, LLP
10:04 AM                              Slip Listing                        Page      8

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 94375<br>10/4/2012<br>WIP<br>FedEx | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 32.01 | 32.01 |
| 94374<br>10/11/2012<br>WIP<br>FedEx | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 186.98 | 186.98 |
| 94376<br>10/22/2012<br>WIP<br>FedEx | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 215.99 | 215.99 |
| 94429<br>10/29/2012<br>WIP<br>FedEx | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 234.36 | 234.36 |
| 94430<br>10/31/2012<br>WIP<br>FedEx | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 236.76 | 236.76 |
| 94431<br>10/31/2012<br>WIP<br>FedEx | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 236.76 | 236.76 |
| 96949<br>11/16/2012<br>WIP<br>FedEx | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 131.19 | 131.19 |
| 117519<br>3/1/2014<br>WIP<br>FedEx to 9th Circuit Court. | EXP | Lacy Wells<br>FedEx<br>Moyle v Liberty | 1 | 1588.00 | 1588.00 |
| 65064<br>10/19/2010<br>WIP<br>Court fee to file first appearance. | EXP | Lacy Wells<br>Filing<br>Moyle v Liberty | 1 | 350.00 | 350.00 |
| 91694<br>8/27/2012<br>WIP<br>Investigation Services. | EXP | Lacy Wells<br>Invest. Srvc<br>Moyle v Liberty | 1 | 192.50 | 192.50 |

12/14/2017                              NICHOLAS & TOMASEVIC, LLP
10:04 AM                                        Slip Listing                                        Page        9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 94408<br>10/25/2012<br>WIP<br>Investigation Services | EXP | Lacy Wells<br>Invest. Srvc<br>Moyle v Liberty | 1 | 189.50 | 189.50 |
| 143414<br>10/19/2015<br>WIP<br>Cost of AT taxi ride from Amtrak Station to<br>Pasadena Courthouse for Mock Oral Argument<br>with Peter Stris | EXP | Craig Nicholas<br>Meal & Travel<br>Moyle v Liberty | 1 | 13.00 | 13.00 |
| 143415<br>11/6/2015<br>WIP<br>Toll Road Charges for AT travel to appellate<br>argument in Pasadena | EXP | Craig Nicholas<br>Meal & Travel<br>Moyle v Liberty | 1 | 7.48 | 7.48 |
| 172629<br>5/12/2017<br>WIP<br>Meal & Travel Costs for Atlanta Mediation<br>Hotel-$991.68<br>Flights-$1069.96<br>Meals- $243.72 | EXP | Craig Nicholas<br>Meal & Travel<br>Moyle v Liberty | 1 | 2305.36 | 2305.36 |
| 175943<br>6/1/2017<br>WIP<br>Transportation in ATL- Uber | EXP | Craig Nicholas<br>Meal & Travel<br>Moyle v Liberty | 1 | 38.60 | 38.60 |
| 175971<br>6/1/2017<br>WIP<br>Meal & Travel Costs for Mediation in ATL | EXP | Craig Nicholas<br>Meal & Travel<br>Moyle v Liberty | 1 | 3.23 | 3.23 |
| 179612<br>6/23/2017<br>WIP<br>Meal Costs for LA Mediation | EXP | Craig Nicholas<br>Meal & Travel<br>Moyle v Liberty | 1 | 33.70 | 33.70 |
| 179635<br>8/30/2017<br>WIP<br>AT's Expenses<br>Lyft to and from Airport- $49.05<br>In-Flight Wifi-$16<br>SW Flight-$186 | EXP | Craig Nicholas<br>Meal & Travel<br>Moyle v Liberty | 1 | 251.05 | 251.05 |

12/14/2017                            NICHOLAS & TOMASEVIC, LLP
10:04 AM                                   Slip Listing                              Page      10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 173996<br>5/31/2017<br>WIP<br>Cost of mediation | EXP | Craig Nicholas<br>Mediation<br>Moyle v Liberty | 1 | 3082.50 | 3082.50 |
| 179583<br>8/10/2017<br>WIP<br>Cost of mediation Hunter R. Hughes | EXP | Craig Nicholas<br>Mediation<br>Moyle v Liberty | 1 | 2000.00 | 2000.00 |
| 94331<br>10/12/2012<br>WIP<br>Messenger fee to serve Subpoenas | EXP | Lacy Wells<br>Messenger<br>Moyle v Liberty | 1 | 332.20 | 332.20 |
| 97076<br>12/28/2012<br>WIP<br>Messenger fee for Preparation and assembly of<br>deposition docs for Dallas, TX. | EXP | Lacy Wells<br>Messenger<br>Moyle v Liberty | 1 | 394.96 | 394.96 |
| 100828<br>3/11/2013<br>WIP<br>Messenger fee to file. | EXP | Lacy Wells<br>Messenger<br>Moyle v Liberty | 1 | 78.14 | 78.14 |
| 93080<br>9/17/2012<br>WIP<br>Travel Costs for Deposition in NJ | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 113.35 | 113.35 |
| 93097<br>10/3/2012<br>WIP<br>Travel Expenses for Deposition in Boston, MA | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 2218.69 | 2218.69 |
| 94425<br>10/8/2012<br>WIP<br>Travel expenses to deposition in Boston, MA | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 149.84 | 149.84 |
| 94349<br>10/17/2012<br>WIP<br>Travel Expenses for Depositions in Boston, MA | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 2218.69 | 2218.69 |
| 94463<br>10/17/2012<br>WIP<br>Travel expense for Deposition in Boston, MA | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 54.95 | 54.95 |

12/14/2017                          NICHOLAS & TOMASEVIC, LLP
10:04 AM                                    Slip Listing                                        Page      11

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 94350<br>10/30/2012<br>WIP<br>Travel Espenses for Deposition in Boston, MA. | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 1016.22 | 1016.22 |
| 97038<br>11/12/2012<br>WIP<br>Travel Expense to deposition in Boston, MA | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 2388.92 | 2388.92 |
| 95855<br>11/16/2012<br>WIP<br>Travel expense to deposition of expert in Dallas, TX | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 1074.45 | 1074.45 |
| 95856<br>11/16/2012<br>WIP<br>Travel to Deposition in Southfield, MI | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 899.70 | 899.70 |
| 95857<br>11/16/2012<br>WIP<br>Travel Expense to Deposition in Dallas, TX | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 171.74 | 171.74 |
| 95858<br>11/16/2012<br>WIP<br>Travel to Deposition in Corpus Christi, TX. | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 1290.27 | 1290.27 |
| 95859<br>11/16/2012<br>WIP<br>Travel expense for Expert Paul Secunda to Deposition in Dallas, TX. | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 828.98 | 828.98 |
| 96942<br>11/18/2012<br>WIP<br>Travel expense to deposition in Detroit, MI. | EXP | Lacy Wells<br>Mileage<br>Moyle v Liberty | 1 | 255.74 | 255.74 |
| 143416<br>11/19/2015<br>WIP<br>AT Mileage to and from appellate argument in Pasadena, CA: 288 miles * standard IRS rate of $0.56/mile. | EXP | Craig Nicholas<br>Mileage<br>Moyle v Liberty | 1 | 161.28 | 161.28 |

12/14/2017                                       NICHOLAS & TOMASEVIC, LLP
10:04 AM                                              Slip Listing                                    Page      12

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 68296<br>1/1/2011<br>WIP<br>PACER charges for the 4th quarter. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 2.32 | 2.32 |
| 73489<br>6/8/2011<br>WIP<br>Contract attorney time to review and analyze pleadings and status of case. | EXP | George Rikos<br>Miscellaneous<br>Moyle v Liberty | 1.8 | 250.00 | 450.00 |
| 73495<br>6/8/2011<br>WIP<br>Contract attorney time for telephone conference with opposing counsel regarding Joint Discovery plan and their need for a continuance; review proposed stipulation to continue Joint Discovery Plan. | EXP | George Rikos<br>Miscellaneous<br>Moyle v Liberty | 0.8 | 250.00 | 200.00 |
| 73490<br>6/15/2011<br>WIP<br>Contract attorney time to analyze and revise Defendant's proposed modifications to Joint Discovery Plan; prepare and respond to numerous emails with Defendant's counsel regarding finalizing Joint Discovery Plan. | EXP | George Rikos<br>Miscellaneous<br>Moyle v Liberty | 2.4 | 250.00 | 600.00 |
| 73499<br>6/20/2011<br>WIP<br>Contract attorney time to prepare for CMC; discuss strategy with associate regarding same. | EXP | George Rikos<br>Miscellaneous<br>Moyle v Liberty | 0.4 | 250.00 | 100.00 |
| 73912<br>6/20/2011<br>WIP<br>Telephone conference. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 8.28 | 8.28 |
| 73903<br>6/22/2011<br>WIP<br>Fee for telephone conference. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 5.66 | 5.66 |
| 76284<br>7/27/2011<br>WIP<br>Telephone Conference. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 3.30 | 3.30 |

12/14/2017            NICHOLAS & TOMASEVIC, LLP
10:04 AM                    Slip Listing                      Page    13

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 75578<br>7/28/2011<br>WIP<br>PACER charges for the 2nd quarter. | EXP<br><br>Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 15.12 | 15.12 |
| 77100<br>8/15/2011<br>WIP<br>Expert Fees. | EXP<br><br>Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 5000.00 | 5000.00 |
| 78126<br>9/30/2011<br>WIP<br>PACER charges for the 3rd Quarter. | EXP<br><br>Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 17.76 | 17.76 |
| 78059<br>10/4/2011<br>WIP<br>Telephone conference. | EXP<br><br>Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 3.95 | 3.95 |
| 80613<br>12/6/2011<br>WIP<br>Travel arrangements for depositions in Boston. | EXP<br><br>Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 653.80 | 653.80 |
| 80707<br>12/6/2011<br>WIP<br>Travel expenses for deposition in Boston. | EXP<br><br>Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 317.04 | 317.04 |
| 81529<br>12/8/2011<br>WIP<br>Meal and travel expenses for depositions in<br>Boston. | EXP<br><br>Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 410.75 | 410.75 |
| 90404<br>12/29/2011<br>WIP<br>Meal and travel expenses in Boston for deposition. | EXP<br><br>Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 410.75 | 410.75 |
| 81613<br>12/31/2011<br>WIP<br>PACER charges for the fourth quarter. | EXP<br><br>Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 49.28 | 49.28 |
| 83927<br>3/7/2012<br>WIP<br>Telephone conference. | EXP<br><br>Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 11.46 | 11.46 |

12/14/2017                                   NICHOLAS & TOMASEVIC, LLP
10:04 AM                                          Slip Listing                                        Page      14

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 85042<br>3/26/2012<br>WIP<br>Fee for telephone conference. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 27.10 | 27.10 |
| 85138<br>3/31/2012<br>WIP<br>PACER chargers for the 1st quarter. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 62.24 | 62.24 |
| 89100<br>5/23/2012<br>WIP<br>Meal expense for meeting. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 71.58 | 71.58 |
| 89103<br>6/1/2012<br>WIP<br>Telephone conference. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 10.08 | 10.08 |
| 89104<br>6/8/2012<br>WIP<br>Telephone conference. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 3.60 | 3.60 |
| 89102<br>6/12/2012<br>WIP<br>Travel expenses to Sacramento to review documents. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 789.61 | 789.61 |
| 90466<br>7/13/2012<br>WIP<br>Hotel expenses in Sacramento for document review. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 481.36 | 481.36 |
| 90460<br>7/24/2012<br>WIP<br>Telephone conference. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 1.53 | 1.53 |
| 90545<br>7/25/2012<br>WIP<br>Cost to scan documents in Sacramento. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 4613.69 | 4613.69 |

12/14/2017                                    NICHOLAS & TOMASEVIC, LLP
10:04 AM                                            Slip Listing                                    Page     15

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 90440<br>7/31/2012<br>WIP<br>PACER charges for the 2nd quarter. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 62.70 | 62.70 |
| 90461<br>7/31/2012<br>WIP<br>Meal and Travel expenses in Sacramento for document review. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 200.63 | 200.63 |
| 90465<br>8/1/2012<br>WIP<br>Meal expenses for teleconference meeting. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 56.23 | 56.23 |
| 91647<br>8/15/2012<br>WIP<br>Mailing supplies to send class representatives information. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 145.41 | 145.41 |
| 91679<br>8/21/2012<br>WIP<br>Telephone conference. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 5.84 | 5.84 |
| 93058<br>8/22/2012<br>WIP<br>Baggage fees for travel to New Jersey for deposition. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 52.00 | 52.00 |
| 93060<br>8/23/2012<br>WIP<br>Internet charges for depositions in New Jersey. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 14.95 | 14.95 |
| 93067<br>9/8/2012<br>WIP<br>Misc. meeting expense. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 118.30 | 118.30 |
| 93178<br>9/18/2012<br>WIP<br>Travel expenses for deposition in Boston, MA. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 1648.36 | 1648.36 |

12/14/2017                                    NICHOLAS & TOMASEVIC, LLP
10:04 AM                                              Slip Listing                                    Page      16

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | | | | |
|---|---|---|---|---|---|
| 94424 | EXP | Lacy Wells | 1 | 84.11 | 84.11 |
| 9/20/2012 | | Miscellaneous | | | |
| WIP | | Moyle v Liberty | | | |
| Meeting fees. | | | | | |
| 94391 | EXP | Lacy Wells | 1 | 85.20 | 85.20 |
| 10/1/2012 | | Miscellaneous | | | |
| WIP | | Moyle v Liberty | | | |
| PACER charges for 3rd Quarter. | | | | | |
| 94426 | EXP | Lacy Wells | 1 | 314.08 | 314.08 |
| 10/9/2012 | | Miscellaneous | | | |
| WIP | | Moyle v Liberty | | | |
| Meeting/Meal expenses for deposition in Boston, MA | | | | | |
| 95881 | EXP | Lacy Wells | 1 | 14.23 | 14.23 |
| 11/6/2012 | | Miscellaneous | | | |
| WIP | | Moyle v Liberty | | | |
| Teleconference fee. | | | | | |
| 96950 | EXP | Lacy Wells | 1 | 14.23 | 14.23 |
| 11/6/2012 | | Miscellaneous | | | |
| WIP | | Moyle v Liberty | | | |
| Teleconference call. | | | | | |
| 95850 | EXP | Lacy Wells | 1 | 150.00 | 150.00 |
| 11/7/2012 | | Miscellaneous | | | |
| WIP | | Moyle v Liberty | | | |
| Web page design for class members | | | | | |
| 95860 | EXP | Lacy Wells | 1 | 45.00 | 45.00 |
| 11/15/2012 | | Miscellaneous | | | |
| WIP | | Moyle v Liberty | | | |
| Meeting meal expense. | | | | | |
| 96945 | EXP | Lacy Wells | 1 | 157.50 | 157.50 |
| 11/16/2012 | | Miscellaneous | | | |
| WIP | | Moyle v Liberty | | | |
| Deposition conference room expense in Corpus Christi, TX. | | | | | |
| 97059 | EXP | Lacy Wells | 1 | 1086.00 | 1086.00 |
| 12/11/2012 | | Miscellaneous | | | |
| WIP | | Moyle v Liberty | | | |
| Travel expenses to Boston, MA for deposition of G. Hunt. | | | | | |

12/14/2017                                         NICHOLAS & TOMASEVIC, LLP
10:04 AM                                                   Slip Listing                                        Page      17

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 97131<br>1/3/2013<br>WIP<br>Teleconference call. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 3.56 | 3.56 |
| 98187<br>1/10/2013<br>WIP<br>Teleconference call fee. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 2.51 | 2.51 |
| 99654<br>3/7/2013<br>WIP<br>Meeting Expense. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 43.29 | 43.29 |
| 103835<br>6/6/2013<br>WIP<br>Meeting expense to Prepare and assemble<br>arguement MSJ hearing. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 72.25 | 72.25 |
| 105399<br>7/3/2013<br>WIP<br>Teleconference fee. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 8.36 | 8.36 |
| 106605<br>7/17/2013<br>WIP<br>Teleconference fee. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 0.49 | 0.49 |
| 108024<br>8/6/2013<br>WIP<br>Teleconference fee. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 4.08 | 4.08 |
| 108025<br>8/21/2013<br>WIP<br>Teleconference fee. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 3.39 | 3.39 |
| 114955<br>2/3/2014<br>WIP<br>Retainer for appellate counsel. | EXP | Lacy Wells<br>Miscellaneous<br>Moyle v Liberty | 1 | 1666.67 | 1666.67 |
| 118720<br>4/28/2014<br>WIP<br>Teleconference fee. | EXP | Craig Nicholas<br>Miscellaneous<br>Moyle v Liberty | 1 | 3.60 | 3.60 |

12/14/2017                       NICHOLAS & TOMASEVIC, LLP
10:04 AM                           Slip Listing                      Page    18

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 130492<br>11/25/2014<br>WIP<br>Huron Consulting | EXP | Paralegal 2 - SF<br>Miscellaneous<br>Moyle v Liberty | 1 | 2955.63 | 2955.63 |
| 175972<br>6/2/2017<br>WIP<br>Trusted Travelers Fees for Meditation in ATL | EXP | Craig Nicholas<br>Miscellaneous<br>Moyle v Liberty | 1 | 42.00 | 42.00 |
| 177966<br>7/1/2017<br>WIP<br>Lunch Meeting | EXP | Craig Nicholas<br>Miscellaneous<br>Moyle v Liberty | 1 | 33.70 | 33.70 |
| 177965<br>7/3/2017<br>WIP<br>Inflight Wi-Fi | EXP | Craig Nicholas<br>Miscellaneous<br>Moyle v Liberty | 1 | 8.00 | 8.00 |
| 179650<br>8/31/2017<br>WIP<br>Paralegal O/T- EC- .75 hrs | EXP | Craig Nicholas<br>Miscellaneous<br>Moyle v Liberty | 1 | 22.50 | 22.50 |
| 181804<br>9/1/2017<br>WIP<br>Wi-Fi & baggage fees | EXP | Craig Nicholas<br>Miscellaneous<br>Moyle v Liberty | 1 | 84.98 | 84.98 |
| 183653<br>10/24/2017<br>WIP<br>Docusign Subscription | EXP | Craig Nicholas<br>Miscellaneous<br>Moyle v Liberty | 1 | 120.00 | 120.00 |
| 62824<br>8/31/2010<br>WIP<br>Online legal research for the month of August. | EXP | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 36.47 | 36.47 |
| 65423<br>10/29/2010<br>WIP<br>Online legal research for the month of October. | EXP | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 36.47 | 36.47 |
| 65694<br>11/30/2010<br>WIP<br>Online legal research for the month of November. | EXP | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 36.48 | 36.48 |

12/14/2017                                   NICHOLAS & TOMASEVIC, LLP
10:04 AM                                              Slip Listing                                      Page      19

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 67555              EXP<br>12/31/2010<br>WIP<br>Online legal research for the month of December. | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 34.45 | 34.45 |
| 68638              EXP<br>1/31/2011<br>WIP<br>Online legal research for the month of January. | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 34.45 | 34.45 |
| 77992              EXP<br>9/30/2011<br>WIP<br>Online legal research for the month of September. | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 40.69 | 40.69 |
| 79431              EXP<br>10/31/2011<br>WIP<br>Online legal research for the month of October. | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 34.27 | 34.27 |
| 80685              EXP<br>11/30/2011<br>WIP<br>Online legal research for the month of November. | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 50.08 | 50.08 |
| 81601              EXP<br>12/31/2011<br>WIP<br>Online legal research for the month of December. | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 36.54 | 36.54 |
| 82654              EXP<br>1/31/2012<br>WIP<br>Online legal research for the month of January. | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 50.57 | 50.57 |
| 83942              EXP<br>2/29/2012<br>WIP<br>Online legal research for the month of February. | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 56.25 | 56.25 |
| 85171              EXP<br>3/31/2012<br>WIP<br>Online legal research for the month of March. | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 31.84 | 31.84 |
| 86620              EXP<br>4/30/2012<br>WIP<br>Online legal research for the month of April. | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 29.65 | 29.65 |

12/14/2017                                NICHOLAS & TOMASEVIC, LLP
10:04 AM                                        Slip Listing                                    Page      20

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 87869 5/31/2012 WIP Online legal research for the month of May. | EXP | Lacy Wells Online Research Moyle v Liberty | 1 | 37.38 | 37.38 |
| 89159 6/30/2012 WIP Online legal research for the month of June. | EXP | Lacy Wells Online Research Moyle v Liberty | 1 | 39.08 | 39.08 |
| 90531 7/31/2012 WIP Online legal research for the month of July. | EXP | Lacy Wells Online Research Moyle v Liberty | 1 | 37.38 | 37.38 |
| 93036 8/31/2012 WIP Online legal research for the month of August. | EXP | Lacy Wells Online Research Moyle v Liberty | 1 | 34.39 | 34.39 |
| 93163 9/30/2012 WIP Online legal research for the month of September. | EXP | Lacy Wells Online Research Moyle v Liberty | 1 | 53.73 | 53.73 |
| 94449 10/31/2012 WIP Online legal research for the month of October. | EXP | Lacy Wells Online Research Moyle v Liberty | 1 | 35.82 | 35.82 |
| 97031 11/30/2012 WIP Online legal research for the month of November. | EXP | Lacy Wells Online Research Moyle v Liberty | 1 | 57.30 | 57.30 |
| 97120 12/31/2012 WIP Online legal research for the month of December. | EXP | Lacy Wells Online Research Moyle v Liberty | 1 | 57.37 | 57.37 |
| 98232 1/31/2013 WIP Online legal research for the month of January. | EXP | Lacy Wells Online Research Moyle v Liberty | 1 | 47.76 | 47.76 |
| 99594 2/28/2013 WIP Online legal research for the month of February. | EXP | Lacy Wells Online Research Moyle v Liberty | 1 | 18.81 | 18.81 |

12/14/2017
10:04 AM

NICHOLAS & TOMASEVIC, LLP
Slip Listing

Page     21

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 100895<br>3/31/2013<br>WIP<br>Online legal research for the month of March. | EXP | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 18.81 | 18.81 |
| 102422<br>4/30/2013<br>WIP<br>Online legal research for the month of April. | EXP | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 15.05 | 15.05 |
| 103848<br>5/31/2013<br>WIP<br>Online legal research for the month of May. | EXP | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 15.05 | 15.05 |
| 105340<br>6/30/2013<br>WIP<br>Online legal research for the month of June. | EXP | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 25.08 | 25.08 |
| 108087<br>8/30/2013<br>WIP<br>Online legal research for the month of August. | EXP | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 18.81 | 18.81 |
| 109644<br>9/30/2013<br>WIP<br>Online legal research for the month of September. | EXP | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 72.80 | 72.80 |
| 124552<br>7/16/2014<br>WIP<br>PACER. | EXP | Lacy Wells<br>Online Research<br>Moyle v Liberty | 1 | 4.30 | 4.30 |
| 93059<br>8/23/2012<br>WIP<br>Parking fees in New Jersey for deposition. | EXP | Lacy Wells<br>Parking<br>Moyle v Liberty | 1 | 21.62 | 21.62 |
| 58779<br>5/31/2010<br>WIP<br>Copying cost for the month of May. | EXP | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 31.20 | 31.20 |
| 65358<br>10/29/2010<br>WIP<br>Copying cost for the month of October. | EXP | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 12.00 | 12.00 |

12/14/2017                                    NICHOLAS & TOMASEVIC, LLP
10:04 AM                                              Slip Listing                                          Page      22

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 68594                    EXP<br>1/31/2011<br>WIP<br>Copying cost for the month of January. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 46.20 | 46.20 |
| 71858                    EXP<br>4/30/2011<br>WIP<br>Copying cost for the month of April. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 3.60 | 3.60 |
| 73456                    EXP<br>6/30/2011<br>WIP<br>Photocopies for the month of June. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 7.20 | 7.20 |
| 76783                    EXP<br>8/31/2011<br>WIP<br>Copying cost for the month of August. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 304.00 | 304.00 |
| 78042                    EXP<br>9/30/2011<br>WIP<br>Copying cost for the month of September. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 434.40 | 434.40 |
| 79393                    EXP<br>10/31/2011<br>WIP<br>Copying cost for the month of October. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 74.80 | 74.80 |
| 80609                    EXP<br>11/30/2011<br>WIP<br>Copying costs from 24 Seven Discovere. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 397.35 | 397.35 |
| 80667                    EXP<br>11/30/2011<br>WIP<br>Copying cost for the month of November. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 1.60 | 1.60 |
| 81544                    EXP<br>12/27/2011<br>WIP<br>Copying cost. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 263.03 | 263.03 |
| 81581                    EXP<br>12/31/2011<br>WIP<br>Copying cost for the month of December. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 164.60 | 164.60 |

12/14/2017                NICHOLAS & TOMASEVIC, LLP
10:04 AM                     Slip Listing                Page    23

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 83055<br>1/31/2012      EXP<br>WIP<br>Copying cost for the month of January. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 88.00 | 88.00 |
| 86559<br>4/30/2012      EXP<br>WIP<br>Copying cost for the month of April. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 9.60 | 9.60 |
| 87905<br>5/31/2012      EXP<br>WIP<br>Copying cost for the month of May. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 209.00 | 209.00 |
| 89181<br>6/30/2012      EXP<br>WIP<br>Copying cost for the month of June. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 73.60 | 73.60 |
| 90480<br>7/31/2012      EXP<br>WIP<br>Copying cost for the month of July. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 13.80 | 13.80 |
| 91740<br>8/31/2012      EXP<br>WIP<br>Copying cost for the month of August. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 1783.20 | 1783.20 |
| 93133<br>9/30/2012      EXP<br>WIP<br>Copying cost for the month of September. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 805.20 | 805.20 |
| 94480<br>10/31/2012      EXP<br>WIP<br>Copying cost for the month of October. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 2288.60 | 2288.60 |
| 97009<br>11/30/2012      EXP<br>WIP<br>Copying cost for the month of November. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 273.80 | 273.80 |
| 97143<br>12/31/2012      EXP<br>WIP<br>Copying cost for December. | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 5.60 | 5.60 |

12/14/2017                          NICHOLAS & TOMASEVIC, LLP
10:04 AM                                   Slip Listing                              Page     24

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 98293<br>1/31/2013<br>WIP<br>Copying cost for the month of January. | EXP | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 4.00 | 4.00 |
| 98193<br>2/1/2013<br>WIP<br>Copying cost to depositions in Boston, MA. | EXP | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 307.42 | 307.42 |
| 98198<br>2/1/2013<br>WIP<br>Copying cost for Plaintiffs Motion | EXP | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 565.44 | 565.44 |
| 100833<br>3/13/2013<br>WIP<br>Copying cost for the opposition to Liberty Mutual's<br>Motion for Summary Judgment. | EXP | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 657.86 | 657.86 |
| 105395<br>6/30/2013<br>WIP<br>Copying cost for the month of June. | EXP | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 17.60 | 17.60 |
| 108073<br>8/30/2013<br>WIP<br>Copying cost for August. | EXP | Lacy Wells<br>Photocopies<br>Moyle v Liberty | 1 | 3.60 | 3.60 |
| 174013<br>5/31/2017<br>WIP<br>Copying cost | EXP | Craig Nicholas<br>Photocopies<br>Moyle v Liberty | 1 | 32.20 | 32.20 |
| 177763<br>6/30/2017<br>WIP<br>Copying cost for June | EXP | Craig Nicholas<br>Photocopies<br>Moyle v Liberty | 1 | 0.92 | 0.92 |
| 71821<br>4/30/2011<br>WIP<br>Postage for the month of April. | EXP | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 3.15 | 3.15 |
| 73433<br>6/30/2011<br>WIP<br>Postage for the month of June. | EXP | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 3.84 | 3.84 |

12/14/2017                          NICHOLAS & TOMASEVIC, LLP
10:04 AM                                    Slip Listing                                    Page      25

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 76759          EXP<br>8/31/2011<br>WIP<br>Postage for the month of August. | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 4.44 | 4.44 |
| 78013          EXP<br>9/30/2011<br>WIP<br>Postage for the month of September. | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 8.20 | 8.20 |
| 79357          EXP<br>10/31/2011<br>WIP<br>Postage charges for the month of October. | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 5.76 | 5.76 |
| 80636          EXP<br>11/30/2011<br>WIP<br>Postage for the month of November. | Alex Tomasevic<br>Postage<br>Moyle v Liberty | 1 | 21.47 | 21.47 |
| 81559          EXP<br>12/31/2011<br>WIP<br>Postage for the month of December. | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 1.08 | 1.08 |
| 83538          EXP<br>1/31/2012<br>WIP<br>Postage for the month of January. | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 32.22 | 32.22 |
| 83963          EXP<br>2/29/2012<br>WIP<br>Postage charges for the month of February. | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 22.60 | 22.60 |
| 85123          EXP<br>3/31/2012<br>WIP<br>Postage charges for the month of March. | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 5.70 | 5.70 |
| 87936          EXP<br>5/31/2012<br>WIP<br>Postage charges for the month of May. | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 25.90 | 25.90 |
| 89207          EXP<br>6/30/2012<br>WIP<br>Postage charges for the month of June. | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 19.70 | 19.70 |

12/14/2017                          NICHOLAS & TOMASEVIC, LLP
10:04 AM                                  Slip Listing                                Page    26

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 90507<br>7/31/2012<br>WIP<br>Postage charges for the month of July. | EXP | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 1.35 | 1.35 |
| 91715<br>8/31/2012<br>WIP<br>Postage charges for the month of August. | EXP | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 812.55 | 812.55 |
| 93108<br>9/30/2012<br>WIP<br>Postage charges for the month of September. | EXP | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 139.46 | 139.46 |
| 94510<br>10/31/2012<br>WIP<br>Postage for the month of October. | EXP | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 77.15 | 77.15 |
| 96972<br>11/30/2012<br>WIP<br>Postage for the month of November. | EXP | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 26.65 | 26.65 |
| 97171<br>12/31/2012<br>WIP<br>Postage for the month of December. | EXP | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 3.90 | 3.90 |
| 108081<br>8/30/2013<br>WIP<br>Postage for August. | EXP | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 1.98 | 1.98 |
| 116346<br>2/28/2014<br>WIP<br>Postage for February. | EXP | Lacy Wells<br>Postage<br>Moyle v Liberty | 1 | 9.35 | 9.35 |
| 177896<br>7/31/2017<br>WIP<br>Postage for the month of July | EXP | Craig Nicholas<br>Postage<br>Moyle v Liberty | 1 | 5.79 | 5.79 |
| 179712<br>8/31/2017<br>WIP<br>Postage for August | EXP | Craig Nicholas<br>Postage<br>Moyle v Liberty | 1 | 0.92 | 0.92 |

NICHOLAS & TOMASEVIC, LLP
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 183738<br>10/31/2017<br>WIP<br>Postage for October. | EXP | Craig Nicholas<br>Postage<br>Moyle v Liberty | 1 | 0.46 | 0.46 |
| 185659<br>11/30/2017<br>WIP<br>Postage for November. | EXP | Craig Nicholas<br>Postage<br>Moyle v Liberty | 1 | 0.46 | 0.46 |
| 66019<br>10/28/2010<br>WIP<br>Fee to serve Liberty Mutual. | EXP | Lacy Wells<br>Service Fee<br>Moyle v Liberty | 1 | 60.00 | 60.00 |
| 66124<br>11/9/2010<br>WIP<br>Fee to serve Liberty Mutual Retirement. | EXP | Lacy Wells<br>Service Fee<br>Moyle v Liberty | 1 | 110.00 | 110.00 |
| 90407<br>9/6/2011<br>WIP<br>Fee to serve subpoena. | EXP | Lacy Wells<br>Service Fee<br>Moyle v Liberty | 1 | 30.00 | 30.00 |
| 91698<br>8/28/2012<br>WIP<br>Fee to serve subpoena. | EXP | Lacy Wells<br>Service Fee<br>Moyle v Liberty | 1 | 130.00 | 130.00 |
| 93070<br>9/19/2012<br>WIP<br>Fee to serve subpoena | EXP | Lacy Wells<br>Service Fee<br>Moyle v Liberty | 1 | 65.00 | 65.00 |
| 97058<br>12/7/2012<br>WIP<br>Fee to serve Mark Johnson twice | EXP | Lacy Wells<br>Service Fee<br>Moyle v Liberty | 1 | 221.44 | 221.44 |
| 97214<br>1/8/2013<br>WIP<br>Fee to serve Douglas German. | EXP | Lacy Wells<br>Service Fee<br>Moyle v Liberty | 1 | 65.00 | 65.00 |
| 98191<br>2/1/2013<br>WIP<br>Fee to serve Douglas German. | EXP | Lacy Wells<br>Service Fee<br>Moyle v Liberty | 1 | 60.00 | 60.00 |

12/14/2017                      NICHOLAS & TOMASEVIC, LLP

10:04 AM                          Slip Listing                  Page    28

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 121884<br>4/28/2014<br>WIP<br>Telephonic conference fee. | EXP | Lacy Wells<br>Service Fee<br>Moyle v Liberty | 1 | 4.20 | 4.20 |
| 143407<br>10/15/2015<br>WIP<br>Train Fare for travel to Mock Oral Argument with<br>Peter Stris | EXP | Craig Nicholas<br>Train Fare<br>Moyle v Liberty | 1 | 74.00 | 74.00 |
| 175947<br>6/21/2017<br>WIP<br>Train Fare to Mediation in LA.<br>AT-$112<br>CMN- $90 | EXP | Craig Nicholas<br>Train Fare<br>Moyle v Liberty | 1 | 202.00 | 202.00 |
| 81516<br>12/5/2011<br>WIP<br>Transcript Cost. | EXP | Lacy Wells<br>Transcript<br>Moyle v Liberty | 1 | 2070.60 | 2070.60 |
| 81515<br>12/6/2011<br>WIP<br>Transcript Cost. | EXP | Lacy Wells<br>Transcript<br>Moyle v Liberty | 1 | 926.59 | 926.59 |
| 82629<br>1/1/2012<br>WIP<br>Transcript Cost. | EXP | Lacy Wells<br>Transcript<br>Moyle v Liberty | 1 | 682.77 | 682.77 |
| 82630<br>1/1/2012<br>WIP<br>Transcript Cost. | EXP | Lacy Wells<br>Transcript<br>Moyle v Liberty | 1 | 1587.20 | 1587.20 |
| 86640<br>4/1/2012<br>WIP<br>Transcript Cost. | EXP | Lacy Wells<br>Transcript<br>Moyle v Liberty | 1 | 1168.07 | 1168.07 |
| 86639<br>4/19/2012<br>WIP<br>Transcript Cost. | EXP | Lacy Wells<br>Transcript<br>Moyle v Liberty | 1 | 63.60 | 63.60 |

12/14/2017                                     NICHOLAS & TOMASEVIC, LLP
10:04 AM                                              Slip Listing                                    Page      29

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 93087<br>9/20/2012<br>WIP<br>Transcript Cost of Fredric Marziano. | EXP | Lacy Wells<br>Transcript<br>Moyle v Liberty | 1 | 2308.00 | 2308.00 |
| 94422<br>10/15/2012<br>WIP<br>Transcript Cost of George Kaerth. | EXP | Lacy Wells<br>Transcript<br>Moyle v Liberty | 1 | 1034.15 | 1034.15 |
| 99552<br>2/25/2013<br>WIP<br>Transcript Cost of A. Stumpff. | EXP | Lacy Wells<br>Transcript<br>Moyle v Liberty | 1 | 376.58 | 376.58 |
| 99553<br>2/25/2013<br>WIP<br>Transcript Cost of D. Lekach. | EXP | Lacy Wells<br>Transcript<br>Moyle v Liberty | 1 | 3598.59 | 3598.59 |

Grand Total

| | | | | |
|---|---|---|---|---|
| Billable | 0.00 | | 206397.36 |
| Unbillable | 0.00 | | 0.00 |
| Total | 0.00 | | 206397.36 |