# EXHIBIT D

# NICHOLAS & TOMASEVIC LLP

ATTORNEYS AT LAW

Tel: 619-325-0492  
Fax: 619-325-0496

225 Broadway, 19th Floor  
San Diego, CA 92101

## **FIRM RESUME**

The experience of the lawyers at Nicholas & Tomasevic, LLP includes, but is not limited to, certification of class action cases for purposes of trial and for settlement in a variety of contexts in California and federal courts, including unfair competition, false advertising, wage and hour litigation, and ERISA. Nicholas & Tomasevic, LLP has played a leading role in shaping class action law in California by obtaining Ninth Circuit decisions affirming that class action waivers contained in consumer contracts are void as unconscionable under California law, which have been followed and cited throughout the country, as well as published Ninth Circuit opinions upholding the rights and standing to sue by consumer and ERISA class representatives.

Representative cases handled by Nicholas & Tomasevic, LLP include:

i. *Moyle v. Liberty Mutual Insurance Company*, No. 3:10-cv-02179-GPC-MDD (S.D. Cal), certified in the United State District Court, Southern District of California, to represent a non-opt out class of 1,166 employees seeking past service credits resulting from Liberty Mutual's purchase of Golden Eagle Insurance Company's assets through the rehabilitation process. Case recently settled and will provide credits valued at more than $30 million to former employees once approved.

ii. *Rikos, et al. v. The Procter & Gamble Company,* No. 11-CV-00226 (S.D. Ohio), with published appellate opinion relating to important class certification issues at 799 F.3d 497 (6th Cir. 2015), certified class action representing tens of thousands of purchasers of Defendant's Align® probiotics. Case recently settled and will provide over $25 million in benefits to consumers once approved.

iii. *LaGuardia v. Allegro Towers, L.P., et al.*, No. 37-2014-00003064-CU-BC-CTL (California Superior Court, San Diego County), certified in the Superior Court of California, County of San Diego, to represent four classes of about 1,200 current and former tenants who had their security deposits unlawfully withheld, and who were charged unlawful late and insufficient funds fees. Class action settlement approved by the court and every class member was entitled to full restitution of lost funds and interest or penalties incurred.

iv. *Laster v. T-Mobile USA Inc., et al.*, No. 3:05-cv-01287-DMS-WVG (S.D. Cal.), to represent a class of consumers who were charged sales tax on cellphones purchased as part of a "bundled" transaction. Successfully argued both before the United States District Court and at the Ninth Circuit Court of Appeal that the waiver of class action rights is unconscionable under California law. N&T participated in the drafting of a United States

NICHOLAS & TOMASEVIC LLP                                                                                        2 | P a g e

_____

          Supreme Court certification petition opposition, requesting that the Supreme Court deny certification, and prevailed on the certification issue at the United States Supreme Court.

v. *AT&T Mobility LLC v. Concepcion*, 563 U.S. 333 (2011), to represent a class of consumers who were charged sales tax on cellphones advertised as "free." Nicholas & Tomasevic, LLP (formerly Nicholas & Butler, LLP) participated in the successful defeat of a "second generation" arbitration provision which denies class action rights but includes additional provisions that the cell phone carrier argued were not unconscionable.  Again, Nicholas & Tomasevic, LLP was successful both at the District Court and Ninth Circuit Court of Appeal in confirming the unconscionability of the arbitration clause.  The *Concepcion* decision by the Ninth Circuit was challenged by another United States Supreme Court certification petition and Nicholas & Tomasevic, LLP participated in the opposition to that certification petition, and the briefing of the merits once the U.S. Supreme Court took the matter.

vi. *Loera v. Akal Security, Inc.*, No. 3:08-cv-00094-DMS-AJB (S.D. Cal.), certified in the Superior Court of California, County of San Diego, to represent to represent a class of approximately 350 guards who did not receive appropriate overtime, breaks, or meal periods in accordance with California law.  Settlement more than $10 million approved by the court.

vii. *Munguia-Brown, et. al. v. Equity Residential,* No. 16-cv-01225 (N.D. Cal.), certified class of tens-of-thousands of current and former tenants in Defendants' apartment buildings who, as plaintiffs allege, were overcharged for certain "late fees" during their tenancies.

## *Craig M. Nicholas, Partner*

          Craig M. Nicholas is the founding partner of Nicholas & Tomasevic LLP. From 2012-2017, Mr. Nicholas has been selected by *SuperLawyers* magazine as one of the Top 50 attorneys in San Diego. The San Diego Attorney Journal honored Mr. Nicholas as Attorney of the Month in June 2012. In 2013, The San Diego Daily Transcript identified Mr. Nicholas as a Top Attorney in Corporate Litigation.  In 2009, *The San Diego Daily Transcript* identified Mr. Nicholas as one of the top 25 corporate litigators in San Diego County. In April 2009, the Litigation Counsel of America Trial Lawyer Honor Society invited Mr. Nicholas to become a Fellow.

          Mr. Nicholas is a leader in the San Diego litigation community. He has served on the Executive Board of Directors of the William Enright Chapter of the American Inns of Court. Mr. Nicholas was an Associate with the Louis Welsh Chapter of the American Inns of Court in 2001. Mr. Nicholas is a former President and a member of the Board of Directors of the State Bar of California Young Lawyers Division.

          Mr. Nicholas received his Juris Doctor in 1995 with *cum laude* honors from the University of Arizona College of Law, where he served as Note & Comment Editor of the Arizona Journal of

NICHOLAS & TOMASEVIC LLP                                        3 | P a g e

_____

International and Comparative Law. He completed his undergraduate education at the University of California at San Diego, where he graduated *cum laude* with a BA in political science in 1992. Mr. Nicholas was a partner at the antitrust and business litigation law firm of Wright & L'Estrange from 2002-2004, recognized by San Diego Magazine as one of the leading antitrust law firms in San Diego, before founding the predecessor to Nicholas & Tomasevic LLP to offer client services on a larger platform. Mr. Nicholas is a former member of the Board of Directors of the William Enright Inn of Court. Mr. Nicholas served as the President of the California Young Lawyers Association for the State Bar of California in 2003-2004, and represented San Diego County in the Association from 2001-2003. Mr. Nicholas has given seminars on expert witness law in California and civil litigation matters.

He has been a member of the San Diego County Bar Association, American Business Trial Lawyers Association San Diego Chapter, and the Federal Bar Association. Mr. Nicholas is admitted to practice before all California state courts and the United States District Courts in the Southern and Central Districts of California.

### *Alex Tomasevic, Partner*

Mr. Tomasevic joined Nicholas & Tomasevic, LLP in 2006. Mr. Tomasevic's practice areas include consumer and employment class actions, business and employment litigation, arbitration, and appeals. Mr. Tomasevic's significant experience includes representing both individuals and large and small businesses in front of state and federal trial courts, and state and federal appellate courts. He has extensive experience in all phases of civil litigation including discovery, trials, arbitrations, settlement negotiations, and appeals.

Before joining the firm, Mr. Tomasevic gained criminal law and oral advocacy experience with the San Diego County Office of the Alternate Public Defender. While pursuing his Juris Doctorate, Mr. Tomasevic also served as a paid research assistant to University of San Diego professor Lynne L. Dallas where he researched and wrote on topics including law and economics, corporate governance and litigation, securities regulation, and international trade.

Mr. Tomasevic received his Juris Doctorate in 2006, *cum laude*, from the University Of San Diego School Of Law where he was a recipient of the Warren Family Scholarship. Mr. Tomasevic competed extensively in Moot Court and Mock Trial competitions garnering several semi-finalist and finalist honors including a First Place finish in the 2004 "ATLA Inter-School Mock Trial Tournament" between University of San Diego, Thomas Jefferson, and California Western law schools. Mr. Tomasevic also received highest grade distinction in 2004 in his class on "International Litigation and Arbitration."

Mr. Tomasevic is admitted to practice before all of the California state trial and appellate courts, the United States District Court for the Southern, Central, Eastern, and Northern Districts of California; the United States Court of Appeals for the Ninth Circuit; and the United States Supreme Court. He is a member of the San Diego County Bar Association and its Litigation

NICHOLAS & TOMASEVIC LLP                                                                              4 | P a g e

Section. He has been twice deemed a Thomson Reuters "Rising Star," an award given to 2.5% or less of the lawyers practicing in the state. Mr. Tomasevic was also recently selected as a Thomson Reuters "Super Lawyer" for 2018 in the field of "Class Action and Mass Torts."

### *Lacy Wells, Associate*

Lacy Wells is an Associate Attorney with Nicholas & Tomasevic, LLP. Ms. Wells was admitted to the California Bar in 2015, but she has worked for the firm since 2012. Ms. Wells is admitted to practice before all of the California state trial courts and the United States District Court for the Southern and Central Districts of California.

In 2015, Ms. Wells received her Juris Doctor from California Western School of Law. Ms. Wells served as a student mediator at Vista Small Claims Court. While at California Western, Ms. Wells was awarded the highest grade distinction for Trial Practice and was on the Dean's List in 2014. Additionally, Ms. Wells was a summer intern with in-house corporate counsel for a prominent sports and entertainment company.

Ms. Wells completed her undergraduate education at Northern Arizona University, where she graduated with a Bachelor of Science in Accountancy and a minor in Criminal Justice. Ms. Wells worked for several years in accounting and human resource management.

### *David G. Greco, Associate*

David Greco joined Nicholas and Tomasevic, LLP in 2016. He represents both defendants and plaintiffs in complex class actions, employment cases, insurance coverage claims, and business disputes. He counsels employers on compliance issues under state and federal law and has substantial experience drafting and refining employee handbooks. Prior to joining Nicholas and Tomasevic, LLP, Mr. Greco represented corporations, public entities, and non-profits in an array of matters including claims for employment discrimination, sexual misconduct, traumatic brain injury, as well as violations of consumer protection and privacy laws.

Mr. Greco graduated *magna cum laude* from the University Of San Diego School Of Law. While there, he founded and ran the Employment & Labor Law Society. In that capacity, he successfully petitioned the University to add an employment & labor concentration to its curriculum. He earned several accolades, including a "High Honors" designation and "Best Writing" award in Advanced Legal Writing. Mr. Greco later served as a teaching assistant for Advanced Legal Writing. Mr. Greco continues his dedication to student development by tutoring students in legal writing and bar exam preparation.

Mr. Greco's professional experience spans across various practice areas and all stages of litigation. While in law school, he interned with two judges—The Honorable Janis Sammartino of the U.S. District Court and the Honorable Terry O'Rourke of the California Court of Appeal. He also participated in the University of San Diego's first-ever Supreme Court Clinic, wherein a group

NICHOLAS & TOMASEVIC LLP                                    5 | P a g e

of students filed an amicus brief with the United States Supreme Court in Noel Canning v. National Labor Relations Board. The United States Supreme Court cited to this brief in its final opinion. After law school, he worked as a volunteer attorney in the Employment & Administrative Mandate Section of the California Attorney General, where he represented various State of California entities in State Personnel Board disputes and lawsuits alleging employment discrimination.

### *Shaun Markley, Associate*

Shaun Markley is an Associate Attorney with Nicholas & Tomasevic LLP. He represents both defendants and plaintiffs in business disputes, employment cases, insurance coverage claims, and complex class actions.

Prior to joining the firm, Mr. Markley gained substantial experience in all phases of litigation. He drafted and argued a variety of successful motions, eliminating potential liability faced by health care clients. Mr. Markley also worked with businesses to obtain insurance coverage for litigation matters, in particular, those involving intellectual property rights.

Mr. Markley graduated from The Ohio State University's Moritz College of Law. While at Ohio State, Mr. Markley was an Academic Merit Scholar and received the CALI Award for Excellence in Professional Responsibility. Prior to attending law school, Mr. Markley double majored in Political Science as well as Criminology, Law, and Society at University of California, Irvine.